No. 92–1873.   LESLIE v. SCHOOL BOARD OF BROWARD COUNTY, FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 92–1874.   SANDY RIVER NURSING CARE CENTER ET AL. v. AETNA CASUALTY & SURETY CO. ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 92–1877.   HERNANDEZ v. DONLEY, ACTING SECRETARY OF THE AIR FORCE.   C. A. 5th Cir.   Certiorari denied.

No. 92–1878.   LIMA MEMORIAL HOSPITAL ET AL. v. MANION. C. A. 6th Cir.   Certiorari denied.

No. 92–1879.   PLUMBERS LOCAL UNION NO. 94, AFL–CIO v. KOKOSING CONSTRUCTION CO. ET AL.   Ct. App. Ohio, Stark County.   Certiorari denied.

No. 92–1880.   KELLY v. ELLIS ET AL.   Sup. Ct. Ala.   Certiorari denied.

No. 92–1881.   THOMSEN v. JUVENILE DEPARTMENT OF WASHINGTON COUNTY ET AL.   Ct. App. Ore.   Certiorari denied.

No. 92–1883.   CHASE MANHATTAN BANK, N. A. v. VILLA MARINA YACHT HARBOR, INC.   C. A. 1st Cir.   Certiorari denied.

No. 92–1884.   NELSON v. CARLSON ET AL.   Ct. App. Minn. Certiorari denied.

No. 92–1885.   ALASKA v. UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 92–1887.   QUILLER v. MILES, COMMISSIONER, DEPARTMENT OF PUBLIC SAFETY OF GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 92–1888.   CONSTRUCCIONES AERONAUTICAS, S. A. v. SHERER, ADMINISTRATRIX OF THE ESTATE OF SHERER, DECEASED.   C. A. 6th Cir.   Certiorari denied.